COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Terrence Spidell Durham v. The State of Texas

Appellate case number:   01-07-00996-CR

Trial court case number:  1445021

Trial court:                     Co Crim Ct at Law No 13 of Harris County

Appellant, Terrence Spidell Durham, was convicted by a jury of assault (family violence), and sentenced to confinement for one year. The clerk's record has been filed. The reporter's record has not been filed.

On March 8, 2010, counsel Andre L. Ligon filed a motion to dismiss this appeal, stating that appellant had been sentenced in federal court to confinement for five years and that he no longer desired to pursue this appeal. The motion did not comply with Rule of Appellate Procedure 42.2 because it was not signed by appellant, and the Court denied the motion. *See* TEX. R. APP. P. 42.2(a).

On April 16, 2010, we abated the appeal and remanded the case to the trial court for a hearing to determine if appellant still wished to prosecute the appeal. In addition, we ordered Counsel Ligon to provide the trial court with written notice of appellant's last known address. We ordered the trial court to have a court reporter record the hearing and provided that, if appellant was incarcerated, the hearing could be conducted by closed circuit video teleconferencing. We further ordered that the trial court's findings and recommendations, and a certified electronic recording of the hearing be sent to this Court no later than May 21, 2010.

On April 21, 2010, the trial court coordinator sent a letter to this Court stating that Counsel Ligon had appeared for the hearing as directed, that he did "not know the exact last known address" for appellant, but that Counsel Ligon had "provided information to the court that the defendant is in Federal custody and no longer desires to pursue his appeal."

On August 20, 2010, appellant filed a letter with this Court, asking for copies of documents in the appeal, which included a return address at a federal facility in New Mexico.

On August 31, 2010, we issued an order of continuing abatement, providing the address for appellant and directing that the trial court hold the hearing as previously ordered or that Counsel Ligon file a motion to dismiss that conformed with the Rules.

On June 11, 2011, Counsel Ligon filed an affidavit stating,

Although it has been my understanding that [appellant] wanted to dismiss his appeal, recent correspondence indicates that he has possibly changed his mind. . . . In order to determine what action he would like to take, I sent him a letter [attached], requesting a response that would clear up any and all confusion in this matter. . . . Once [appellant] responds to my request for information, I intend to either file a motion to dismiss, file a motion to withdraw, or obtain resources from individuals that he designates that intend to help him with the expenses associated with prosecuting his appeal. . . . Upon receipt of any correspondence from [appellant], I will inform the Court of any action that [appellant] wishes to take in this matter.

The Court has heard nothing further in this matter from Counsel Ligon in over a year. This appeal has been pending since 2007. We **order** the appeal reinstated.

The clerk's record has been filed. The reporter's record was due on January 13, 2008. On April 3, 2012, the court reporter notified the Court that appellant has neither paid nor made arrangements to pay the fee for preparing the reporter's record. *See* TEX. R. APP. P. 37.3(c). The Court's records indicate that appellant is not entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.1. Unless appellant files, **no later than August 24, 2012**, written evidence from the court reporter that the fee has been paid, or that arrangements to pay the fee have been made, the Court will require appellant to file a brief and can consider and decide the appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

The Clerk of this Court is directed to send a copy of this order by certified mail to the parties.[1]

Judge's signature: /s/ Judge Laura C. Higley
☑ Acting individually ☐ Acting for the Court

Date: July 25, 2012

---

[1] The Federal Bureau of Prisons Inmate Locator information for appellant is as follows: TERRENCE SPIDELL DURHAM, REGISTER NUMBER 82686-179, USP LEAVENWORTH, U.S. PENITENTIARY, P.O. BOX 1000, LEAVENWORTH, KS, 66048 –or– TERRENCE SPIDELL DURHAM, REGISTER NUMBER 82686-179, USP LEAVENWORTH, SATELLITE CAMP, P.O. BOX 1000, LEAVENWORTH, KS, 66048.